Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
   JOHN DAVID FRANCIS, JR.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID FRANCIS, JR., | Case No. 2:18-cv-02589-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY JOHN DAVID FRANCIS, JR. |
| v. | |
| ANDEW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate and agree this date of September 18, 2019, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **September 2, 2019** to **October 17, 2019** with all other deadlines likewise extended. This is Plaintiff's first extension of time.

The good cause supporting this stipulation includes, but is not limited to, that plaintiff's counsel cannot with diligence meet professional standards in the development and presentation of issues due to unanticipated objections to notices to appear and produce documents for a civil trial, Duncan vs. Trinity County, scheduled for September 26, 2019.

/ / /

/ / /

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>   Counsel, Region IX, Soc. Sec. Admin.<br>DANIEL P. TALBERT, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By:    */s/ DANIEL P. TALBERT*<br>Daniel P. Talbert, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant |

**SO ORDERED:**

Date:    September 18, 2019

*/s/ Allison Claire*

Allison Claire
UNITED STATES MAGISTRATE JUDGE