Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
  *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
  JOHN DAVID FRANCIS, JR.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID FRANCIS, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>ANDEW M. SAUL, Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:18-cv-02589-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY JOHN DAVID FRANCIS, JR. |

The parties hereby stipulate and agree this date of October 24, 2019, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **October 17, 2019** to **November 17, 2019** with all other deadlines likewise extended. This is Plaintiff's second extension of time.

The good cause supporting this stipulation includes, but is not limited to, designation of motion development to Mr. Ragnes who summarily came down with pneumonia, and current motion status cannot with diligence meet professional standards. The additional 30 days is to accommodate Mr Weems starting trial on October 29, 2019.

/ / /

/ / /

| WEEMS LAW OFFICES | | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>  Counsel, Region IX, Soc. Sec. Admin.<br>DANIEL P. TALBERT, Sp. Asst. U.S. Attorney |
|---|---|---|
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: | */s/ DANIEL P. TALBERT*<br>Daniel P. Talbert, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant |

**SO ORDERED:**

Date:   October 24, 2019

*/s/ Allison Claire/*

Allison Claire
UNITED STATES MAGISTRATE JUDGE