Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
  *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
  JOHN DAVID FRANCIS, JR.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID FRANCIS, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>ANDEW M. SAUL, Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:18-cv-02589-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY JOHN DAVID FRANCIS, JR. |

The parties hereby stipulate and agree this date of November 22, 2019, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **November 17, 2019** to **December 17, 2019** with all other deadlines likewise extended. This is Plaintiff's third extension of time.

The good cause supporting this stipulation includes, but is not limited to, designation of motion development to Mr. Ragnes who continues to fight pneumonia, and Mr. Weems in trial since October 29th in Counts v. Chadwick, Case # FCS048235, Solano Superior Court, Dpt. 6, Honorable D. Scott Daniels presiding where the expected conclusion of the trial is not till the end of the first week in December, necessitates the additional time to draft the motion for summary judgment. Plaintiff requests this extension in good faith, with no intent to prolong proceedings unduly.

Defendant does not object to allowing Plaintiff the additional time to his motion for summary judgment, subject to the Court's approval, and stipulate to thirty (30) days extension of time to allow Plaintiff to fill his requirements to the Court and file his motion for summary judgment. Plaintiff's motion for summary judgment is now due December 17, 2019.

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>  Counsel, Region IX, Soc. Sec. Admin.<br>DANIEL P. TALBERT, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: */s/ DANIEL P. TALBERT*<br>Daniel P. Talbert, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant |

**SO ORDERED:**

DATED: November 22, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE