Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
*rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
 JOHN DAVID FRANCIS, JR.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID FRANCIS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ANDEW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:18-cv-02589-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY JOHN DAVID FRANCIS, JR. |

The parties hereby stipulate and agree this date of December 31, 2019, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **December 17, 2019** to **January 14, 2020** with all other deadlines likewise extended. This is Plaintiff's fourth extension of time.

The good cause supporting this stipulation that due to Mr. Weems continuing to be in trial in Counts v. Chadwick, Case # FCS048235, Solano Superior Court, Dpt. 6, Honorable D. Scott Daniels presiding a matter that began on October 29th, additional time is required. This necessitates the additional time to draft the motion for summary judgment. Plaintiff requests this extension in good faith, with no intent to prolong proceedings unduly.

Defendant does not object to allowing Plaintiff the additional time to his motion for summary judgment, subject to the Court's approval, and stipulate to thirty (30) days extension of time to allow Plaintiff to fill his requirements to the Court and file his motion for summary judgment. Plaintiff's motion for summary judgment is now due January 14, 2020.

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief |

1

STIPULATION AND PROPOSED ORDER                                  Case No. 2:18-cv-02589-AC

|  |  |
|---|---|
| | Counsel, Region IX, Soc. Sec. Admin. |
| | DANIEL P. TALBERT, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* | By: */s/ DANIEL P. TALBERT* |
| Robert C. Weems, | Daniel P. Talbert, Sp. Asst. U.S. Attorney, |
| Attorney for Plaintiff | Attorneys for Defendant |

**SO ORDERED:**

Date: 12/31/19

*[signature: Allison Claire]*

Allison Claire
UNITED STATES MAGISTRATE JUDGE